Ronnie O. Brown
**FULL NAME**

14901 Central Ave
**COMMITTED NAME (if different)**

Chino, Ca 91710
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

K-89434
**PRISON NUMBER (if applicable)**

2254 ___ 1983 ✓
**FILING FEE PAID**
Yes ___ No ___

**IFP MOTION FILED**
Yes ✓ No ___

**COPIES SENT TO**
BY ___
Court ✓ ProSe ___

FILED
2007 NOV -6 PM 2:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RM _____ DEPUTY

# UNITED STATES DISTRICT COURT
## Southern DISTRICT OF CALIFORNIA

Ronnie Brown
PLAINTIFF,

San Bernardino County Sheriff Depart. J. Sanchez
- San Bernardino County Attorney
- Conflict Panel, City of Victorville
- Public Defenders office Mark Soup
DEFENDANT(S).

CASE NUMBER 07CV 2124 JM PCL
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not  not admiwistrative only review available state Bar CA

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION  28 U.S.C § 1391

This complaint alleges that the civil rights of plaintiff  Ronnie Brown
                                                        (print plaintiff's name)

who presently resides at  14901 Central ave chinovla Ca 92710
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

City Victorville Jail west valley Dtn CTR
(institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                Page 2 of 6

on (date or dates) __10-17-07__, __10-22-07__, _____.
                            (Claim I)            (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __City of Victorville attorney conflict panel__ resides or works at
   (full name of first defendant)
   __14455 Civic Dr__
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Civil Service__

2. Defendant __Mark Soup__ resides or works at
   (full name of first defendant)
   __14455 Civic Dr__
   (full address of first defendant)
   __Public Defender__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Civil Service__

3. Defendant __J. Sanchez__ resides or works at
   (full name of first defendant)
   __14455 Civic Dr__
   (full address of first defendant)
   __Deputy Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Peace officer__

4. Defendant __ED OBrien_____ resides or works at
   (full name of first defendant)
   __14455 Civic Dr Victorville, CA 92392__
   (full address of first defendant)
   __Public Defender_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant __Robert Ponce_____ resides or works at
   (full name of first defendant)
   __14455 Civic Dr Victorville, CA 92392__
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

14th U.S.C.A
4th U.S.C.A
5th U.S.C.A

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

① Robert Ponce attorney for Conflict Panel allowed plaintiff to plead Guilty to None probable cause charges and informed the Sentencing Judge that there was no probable cause to arrest, and G. Roth prosecutor filed charges violating Bus prof Code 6068, Rules prof Conduct 5-200(b), State Bar mislead a Judge and Judicial officer to obtain Search warrant

② Mark Soup public Defender along with ED OBrien public Defender allowed a Disqualified Judge per C.C.P § 170.4 sub(d) to impose a sentence on the plaintiff while Recused or Disqualification was pending.

③ The City of Victorville has failed to oversee a mandatory statutory duty to appoint effective Assistance of Counsel for the plaintiff.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

④ on 8-12-07 I was striped searched, Tazored and nose broken by J. Sanchez who also denied medical attention after arresting me, and while being transported & hand cuff. It was Tazored 3x

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

① Trial By Jury Demand
② Injunctive Order Requiring appointment of Private Counsel
③ Conphensatory, Nominal, Special Damages.
④ Demand for $2.5 million from each named Defendant.
⑤ Punitive Damages

11/3/07
(Date)

(Signature of Plaintiff)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Ronnie Brown

FILING FEES PAID
Yes  No

IFP MOTION FILED
Yes  No ✓

COPIES SENT TO
Courtroom ProSe

2007 NOV -6 PM 2:53

S.B. County Sheriff Dept, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Bernardino
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Ronnie D. Brown
14901 Central Avenue
Chino, CA 91710
K-89434

**ATTORNEYS (IF KNOWN)**

'07CV 2124 JM  PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE                Docket Number

DATE  November 6, 2007

SIGNATURE OF ATTORNEY OF RECORD
R. Brown