*PLEASE RECEIPT AND RETURN*

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
07 DEC 19 PM 3:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

November 16, 2007

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
3470 TWELFTH STREET
RIVERSIDE, CA 92501

Re: Brown v. San Bernardino County Sheriff's Department, et al, Case No. 07cv2124 JM (PCL)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __s/M. Cruz__
  M. Cruz, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF __12/13/07__
AND ASSIGNED CASE NUMBER __EDCV07-1648__  (JWJ)

CLERK, U.S. DISTRICT COURT

By: __LA'REE HORN_____, Deputy